IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACER, INC., ACER AMERICA CORPORATION, DELL INC., GATEWAY COMPANIES, INC., GATEWAY, INC., LENOVO GROUP, LIMITED, and LENOVO (UNITED STATES) INC., <br><br> Defendants. | C.A. No. 09-354-JJF <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by undersigned counsel for plaintiff St. Clair Intellectual Property Consultants, Inc. and defendant Dell Inc., subject to the approval of the Court, that Dell Inc.'s time to move, answer, or otherwise respond to the Complaint in this action is extended by thirty (30) days, to July 9, 2009.

| | |
|---|---|
| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
| By: /s/ Richard D. Kirk<br>    Richard D. Kirk (#0922)<br>    Stephen B. Brauerman (#4952)<br>    222 Delaware Avenue, Suite 900<br>    P.O. Box 25130<br>    Wilmington, DE  19899<br>    Tel:  (302) 655-5000<br>    rkirk@bayardlaw.com<br>    sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.* | By: /s/ Richard L. Horwitz<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    D. Fon Muttamara-Walker (#4646)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19899<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br>    dmuttamara-walker@potteranderson.com<br><br>*Attorneys for Defendant Dell Inc.* |

SO ORDERED, this ___ day of June, 2009.

_____
United States District Judge

919744 / 34449

2