IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> *Plaintiff*, <br> v. <br><br> ACER, INC., ACER AMERICA CORPORATION, DELL INC., GATEWAY COMPANIES, INC., GATEWAY, INC., and LENOVO (UNITED STATES) INC., <br><br> *Defendants*. | Civil Action No. 09-354-JJF |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> *Plaintiff*, <br> v. <br><br> APPLE INC., TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., and TOSHIBA AMERICA, INC. <br><br> *Defendants*. | Civil Action No. 09-704-JJF <br><br> CONSOLIDATED CASES |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for plaintiff St. Clair Intellectual Property Consultants, Inc. ("St. Clair"), and defendants Apple Inc., Toshiba Corporation, Toshiba America Information Systems, Inc., and Toshiba America, Inc. (collectively, "Defendants"), subject to the approval of the Court, that St. Clair's time to respond to Defendants' Motion to Strike Willfulness Allegations and the Request for Enhanced Damages (D.I. 53) and Apple Inc.'s Motion to Dismiss Claims of Indirect Infringement (D.I. 55) be, and upon approval is, extended to and including January 15, 2010.

| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Richard D. Kirk* (rk0922) | /s/ *Richard L. Horwitz* (rh2246) |
| Richard D. Kirk (#0922) | Richard L. Horwitz (#2246) |
| Stephen B. Brauerman (#4952) | David E. Moore (#3983) |
| 222 Delaware Avenue, Suite 900 | rhorwitz@potteranderson.com |
| P.O. Box 25130 | dmoore@potteranderson.com |
| Wilmington, DE 19899-5130 | Hercules Plaza, 6th Floor |
| Tel: (302) 655-5000 | 1313 N. Market Street |
| RKirk@bayardlaw.com | Wilmington, DE 19899 |
| SBrauerman@bayardlaw.com | (302) 984-6000 |
| *Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.* | *Attorneys for Defendants Apple Inc., Toshiba Corporation, Toshiba America Information Systems, Inc., and Toshiba America, Inc.* |

SO ORDERED this _30_ day of December, 2009.

_____
United States District Judge

2