IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACER, INC., ACER AMERICA CORPORATION, DELL INC., GATEWAY COMPANIES, INC., GATEWAY, INC., LENOVO GROUP, LIMITED, and LENOVO (UNITED STATES) INC., <br><br> Defendants. | C.A. No. 09-354-JJF <br> (Consolidated) <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on January 29, 2010 upon the following attorneys of record at the following addresses as indicated:

DEFENDANT TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S
RULE 26(a)(1) INITIAL DISCLOSURES

DEFENDANT TOSHIBA AMERICA, INC.'S
RULE 26(a)(1) INITIAL DISCLOSURES

DEFENDANT TOSHIBA CORPORATION'S
RULE 26(a)(1) INITIAL DISCLOSURES

**VIA ELECTRONIC MAIL**

Richard D. Kirk
Stephen B. Brauerman
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.*

R. Terrance Rader
Glenn E. Forbis
Justin S. Cohen
Charles W. Bradely
Rader, Fishman & Grauer, PLLC
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304
rtr@raderfishman.com
gef@raderfishman.com
jsc@raderfishman.com
cwb@raderfishman.com
*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jeffrey K. Sherwood
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, D.C. 20006
(202) 420-2200


Dated: January 29, 2010
951589 / 34909

By: */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., and Toshiba America, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on January 29, 2010, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on January 29, 2010, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk | R. Terrance Rader |
| Stephen B. Brauerman | Glenn E. Forbis |
| The Bayard Firm | Justin S. Cohen |
| 222 Delaware Avenue, Suite 900 | Charles W. Bradley |
| Wilmington, DE 19899 | Rader, Fishman & Grauer, PLLC |
| rkirk@bayardlaw.com | 39533 Woodward Avenue, Suite 140 |
| sbrauerman@bayardlaw.com | Bloomfield Hills, MI 48304 |
| *Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.* | rtr@raderfishman.com |
| | gef@raderfishman.com |
| | jsc@raderfishman.com |
| | cwb@raderfishman.com |
| | *Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.* |

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

937844 / 34909