**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br> v. <br><br> ACER, INC., ACER AMERICA CORPORATION, DELL INC., GATEWAY COMPANIES, INC., GATEWAY, INC., and LENOVO (UNITED STATES) INC., <br><br> Defendants. | Civil Action No. 09-354-JJF <br><br> **JURY TRIAL DEMANDED** |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br> v. <br><br> APPLE INC., TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., and TOSHIBA AMERICA, INC. <br><br> Defendants. | Civil Action No. 09-704-JJF <br><br> **JURY TRIAL DEMANDED** <br><br> CONSOLIDATED CASES |

**PLAINTIFF/COUNTER-DEFENDANT ST. CLAIR'S ANSWER TO
DEFENDANT/COUNTER-PLAINTIFF APPLE INC.'S COUNTERCLAIMS**

Plaintiff/Counter-Defendant St. Clair Intellectual Property Consultants, Inc. ("St. Clair"), for its Answer to Defendant/Counter-Plaintiff Apple Inc.'s ("Apple") Counterclaims states and alleges as follows:

St. Clair reasserts and incorporates by reference herein its allegations set forth in Paragraphs 1-62 of its First Complaint.

## THE PARTIES

68. St. Clair admits the allegations of Paragraph 68 of the Counterclaims.

69. St. Clair admits the allegations of Paragraph 69 of the Counterclaims.

## JURISDICTION AND VENUE

70. St. Clair admits the allegations of Paragraph 70 of the Counterclaims.

71. St. Clair admits the allegations of Paragraph 71 of the Counterclaims.

## FIRST COUNTERCLAIM
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT

72. St. Clair herein incorporates the responses of Paragraphs 68-71.

73. St. Clair denies the allegations of Paragraph 73 of the Counterclaims.

74. St. Clair admits that Apple is seeking a declaration of non-infringement, but St. Clair denies the merits of such allegations and all remaining allegations of Paragraph 74 of the Counterclaims.

## SECOND COUNTERCLAIM
## DECLARATORY JUDGMENT OF INVALIDITY

75. St. Clair herein incorporates the responses of Paragraphs 68-74.

76. St. Clair denies the allegations of Paragraph 76 of the Counterclaims.

77. St. Clair admits that Apple is seeking a declaration of invalidity, but denies the merits of such allegations and all remaining allegations of Paragraph 77 of the Counterclaims.

## PRAYER FOR RELIEF

Plaintiff requests that:

    a. Apple's Counterclaims be dismissed with prejudice;

    b. Apple's prayer for attorneys' fees and costs be denied;

      c.      Judgment be entered in favor of St. Clair that each of the '130, '163, '929, '175, '959, '617 and '025 Patents is valid and infringed; and

      d.      The Court award St. Clair the relief sought in its Complaint.

February 25, 2010

OF COUNSEL:

R. Terrance Rader
Charles W. Bradley
Glenn E. Forbis
Justin S. Cohen
RADER, FISHMAN & GRAUER, PLLC
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI  48304
(248) 594-0600

BAYARD, P.A.

/s/ *Richard D. Kirk* (rk0922)
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
(302) 655-5000

*Counsel for Plaintiff St. Clair Intellectual Property Consultants, Inc.*