IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACER, INC., ACER AMERICA CORPORATION, DELL INC., GATEWAY COMPANIES, INC., GATEWAY, INC., LENOVO GROUP, LIMITED, and LENOVO (UNITED STATES) INC., ) <br> ) <br> Defendants. ) | C.A. No. 09-354-JJF <br> (Consolidated) <br><br> **JURY TRIAL DEMANDED** |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPLE INC., TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., AND TOSHIBA AMERICA INC., ) <br> ) <br> Defendants. ) | C.A. No. 09-704-JJF |

## INTEL'S MOTION TO INTERVENE

Proposed Intervenor Intel Corporation respectfully moves this Court for an Order to intervene in this patent infringement action as a matter of right pursuant to Rule 24(a)(2), or alternatively, to intervene by permission pursuant to Rule 24(b)(1)(B). The grounds for this Motion are more fully set forth in the Opening Brief in support of this Motion, filed contemporaneously herewith.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Chad S. Campbell
Timothy J. Franks
PERKINS COIE BROWN & BAIN PA
Suite 2000
2901 N. Central Ave.
Phoenix, AZ  85012
Tel.  (602) 351-8000
CSCampbell@perkinscoie.com
TFranks@perkinscoie.com

By:     */s/ Richard L. Horwitz*
       Richard L. Horwitz (#2246)
       David E. Moore (#3983)
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       Wilmington, DE  19899
       Tel:  (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

*Attorneys for Proposed Intervenor Intel Corporation*

Dated:  April 9, 2010
961201 / 35525