# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 09-354-LPS (Consolidated) |
| ACER, INC., *et al.*, | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |
| MICROSOFT CORPORATION, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 10-282-LPS |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANTS' MOTION FOR SPOLIATION SANCTIONS AGAINST PLAINTIFF

Defendants Dell Inc., Lenovo (United States), Inc., Acer, Inc., Acer America Corp., Inc., Gateway, Inc., Intel Corp., Toshiba Corp., Toshiba America Information Systems, Inc., and Toshiba America, Inc. and declaratory judgment Plaintiff Microsoft Corp. (collectively, "Defendants") respectfully move for spoliation sanctions against plaintiff. The reasons for this motion are set forth in detail in the accompanying Opening Brief in Support.

For the reasons set forth in the Brief, the motion should be granted.

                                    Respectfully submitted,

                                    POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | |
|---|---|
| Kai Tseng<br>Craig R. Kaufman<br>Michael C. Ting<br>FREITAS, TSENG & KAUFMAN LLP<br>100 Marine Parkway, Suite 200<br>Redwood City, CA 94065<br>Tel: (650) 593-63000<br>*Attorneys for Defendants Acer Inc.,*<br>*Acer America Corporation, and*<br>*Gateway, Inc.* | By:  */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19899<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com |
| Constance S. Huttner<br>VINSON & ELKINS LLP<br>666 Fifth Avenue, 26th Floor<br>New York, NY 10103<br>Tel: (212) 234-0040 | *Attorneys for Defendants Acer Inc.,*<br>*Acer America Corporation, Gateway, Inc., Dell,*<br>*Inc., Lenovo (United States), Inc., Toshiba*<br>*Corporation, Toshiba America Information*<br>*Systems, Inc., Toshiba America, Inc. and*<br>*Intervenor Intel Corporation* |
| Christopher V. Ryan<br>Avelyn Ross<br>Jennifer Nall<br>VINSON & ELKINS LLP<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746<br>Tel: (512) 542-8400<br>*Attorneys for Defendant Dell, Inc. and*<br>*Lenovo (United States), Inc.* | OF COUNSEL:<br><br>Chad S. Campbell<br>Timothy J. Franks<br>PERKINS COIE LLP<br>Suite 2000<br>2901 N. Central Ave.<br>Phoenix, AZ 85012<br>Tel: (602) 351-8000 |
| Jeffrey K. Sherwood<br>Leslie Jacobs<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403<br>Tel: (202) 420-3602<br>*Attorneys for Defendants Toshiba*<br>*Corporation, Toshiba America Information*<br>*Systems, Inc., and Toshiba America, Inc.* | Michael D. Broaddus<br>PERKINS COIE LLP<br>Suite 4800<br>1201 Third Avenue<br>Seattle, WA 98101<br>Tel: (206) 359-8000<br>*Attorneys for Intervenor Intel Corporation* |

FISH & RICHARDSON P.C.

OF COUNSEL:

Ruffin B. Cordell
Lauren A. Degnan
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC
Tel:  (202) 783-5070

Dated:  May 25, 2012
1061080 / 34449

By: */s/ Tara D. Elliott*
    William J. Marsden, Jr. (#2247)
    Tara D. Elliott (#4483)
    FISH & RICHARDSON P.C.
    222 Delaware Ave., 17th Floor
    Wilmington, DE 19899
    Tel:  (302) 652-5070
    marsden@fr.com
    elliott@fr.com

*Attorneys for Microsoft Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 25, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on May 25, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.* | R. Terrance Rader<br>Glenn E. Forbis<br>Charles W. Bradley<br>James F. Kamp<br>Rader, Fishman & Grauer, PLLC<br>39533 Woodward Avenue, Suite 140<br>Bloomfield Hills, MI  48304<br>stclairteam@raderfishman.com<br>*Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.* |
| Craig R. Kaufman<br>Kai Tseng<br>Michael Ting<br>Freitas, Tseng, & Kaufman LLP<br>100 Marine Parkway, Suite 200<br>Redwood Shores, CA 94065<br>AcerSt.ClairFTBKALL@ftbklaw.coma<br>*Attorneys for Defendants Acer, Inc., Acer America Corporation, Gateway, Inc.* | Timothy S. Teter<br>Elizabeth Stameshkin<br>Matthew J. Brigham<br>Benjamin G. Damstedt<br>Sriranga Veeraraghavan<br>Jesse Dyer<br>Cooley LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306<br>st.clair-apple-team@cooley.com<br>*Attorneys for Defendant Apple Inc.* |


Christopher V. Ryan
Jennifer L. Nall
Jeffrey T. Han
Vinson & Elkins LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746
st.clair-dell-grpplist@velaw.com
stclair-levonoteam@velaw.com
*Attorneys for Defendant Dell Inc. and Lenovo (United States) Inc.*

Kimball R. Anderson
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
kanderson@winston.com
*Attorneys for Defendant Dell Inc.*

Chad S. Campbell
Timothy J. Franks
Perkins Coie LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
perkins-intel-stclair@perkinscoie.com
*Attorneys for Intervenor Intel Corporation*

William J. Marsden , Jr.
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Microsoft-St.ClairFRTeam@fr.com
*Attorneys for Microsoft Corporation*

Constance S. Huttner
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY  10103
st.clair-dell-grpplist@velaw.com
stclair-levonoteam@velaw.com
*Attorneys for Defendant Dell Inc. and Lenovo (United States) Inc.*

Jeffrey K. Sherwood
Leslie L. Jacobs, Jr.
Cameron W. Westin
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006-5403
Toshiba-St.Clair@dicksteinshapiro.com
*Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., and Toshiba America, Inc.*

Michael D. Broaddus
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101
perkins-intel-stclair@perkinscoie.com
*Attorneys for Intervenor Intel Corporation*

Ruffin B. Cordell
Lauren A. Degnan
Fish & Richardson, P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Microsoft-St.ClairFRTeam@fr.com
*Attorneys for Microsoft Corporation*

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

944870 / cons.

2