IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 09-354-LPS (Consolidated) |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| ACER, INC., et al., | ) ) | |
| Defendants. | ) | |
| MICROSOFT CORPORATION, | ) ) | |
| Plaintiff, | ) ) | C.A. No. 10-282-LPS |
| v. | ) ) | **PUBLIC VERSION** |
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Defendant. | ) | |

### REPLY MEMORANDUM OF LAW ADDRESSING *BOZIC* IN SUPPORT OF DEFENDANTS' MOTION FOR SPOLIATION SANCTIONS AGAINST PLAINTIFF

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

William J. Marsden, Jr. (#2247)
Tara D. Elliott (#4483)
FISH & RICHARDSON P.C.
222 Delaware Ave., 17th Floor
Wilmington, DE 19899
Tel:  (302) 652-5070
marsden@fr.com
elliott@fr.com

*Attorneys for Defendants Acer Inc.,
Acer America Corporation, Gateway, Inc., Dell,
Inc., Lenovo (United States), Inc., Toshiba
Corporation, Toshiba America Information
Systems, Inc., Toshiba America, Inc. and
Intervenor Intel Corporation*

*Attorneys for Microsoft Corporation*

St. Clair argues that *Bozic* v. *City of Washington, Pa.*, No. 2:11-cv-674 (MRH), 2012 WL 6050610 (W.D. Pa. Dec. 5, 2012) is "factually inapposite" and "far removed" from this case because (1) there was no dispute in *Bozic* that the Solicitor had control of the tape he erased; and (2) Fung and Olson purportedly made an "honest mistake" and did not destroy the Vadem tapes with the "specific intent" of keeping them out of Defendants' hands. Neither of these arguments distinguishes *Bozic*, or undercuts Defendants' arguments for spoliation sanctions.

## I.   ARGUMENT

### A.   St. Clair Had Control Over The Spoliated Documents

As an initial matter, St. Clair suggests that its alleged lack of physical control over the spoliated Vadem tapes is a point of distinction over *Bozic*. [D.I. 880 at 1-2]. But Fed. R. Civ. P. 34 is not limited to direct physical control; rather, it extends to any scenario which includes "the legal right or ability to obtain the documents from another source upon demand." *Mercy Catholic Med. Ctr. v. Thompson*, 380 F.3d 142, 160 (3d Cir. 2004). [D.I. 642 at 14-15; D.I. 841 at 7-9]. St. Clair unquestionably had control over the Vadem tapes under this standard.

Mr. Rader obviously believed that St Clair had the ability to control Vadem's documents when he wrote to Olson that ███████████████████████████████████████████ ████████████████████████████████████████ [D.I. 841 at 2]. Rader's statement was not just an "angry" reaction, as St Clair's counsel suggested during oral argument. [Ex. 1 3/27/13 Tr. at 250:3-7]. Rather, Rader had ample reason to believe that St. Clair had the power to control Vadem's documents based on St. Clair's legal and practical relationship with Fung, Amphus and Vadem throughout this litigation. [D.I. 642 at 3-8, 14-15; D.I. 841 at 6-9].

St. Clair's after-the fact effort to draw a distinction between Vadem and Amphus (whose documents St. Clair does not deny it controls) is contradicted, *inter alia*, by Fung's own deposition testimony, which confirms that any distinction between the two companies is entirely metaphysical:



[Ex. 2 at 533:21-534:8]. Clearly, if Fung did not distinguish between Amphus and Vadem, the Court should not do so either in determining St. Clair's control over the spoliated tapes for purposes of Rule 34. *See also, In Re NTL Inc. Secs. Litig.*, 244 F.R.D. 179 (S.D.N.Y. 2007).

## B.   St. Clair's Conduct Meets The Bad Faith Standard Under *Bozic*

St. Clair also cannot distinguish *Bozic* by arguing that the court's bad faith finding was premised on the Solicitor's alleged nefarious intent. [D.I. 880 at 3]. Although the court was critical of the Solicitor's claim that he did not anticipate litigation when the tape was erased, it specifically declined to find that the Solicitor destroyed the tape with "the specific malicious intent" of keeping it from the plaintiff. *Bozic*, 2012 WL 6050610, at *12. Rather, the court based its bad faith finding on the Solicitor's "reckless disregard for the consequences of an intentional and conscious destruction of evidence . . . at a time when litigation is necessarily foreseeable." *Id.* at *10. The same circumstances are present here. It simply is not credible to believe that Olson made an "honest mistake." [D.I. 642 at 4, 18; D.I. 841 at 4, 11]. No one could have reasonably believed the tapes had been copied when Olson and Fung ordered them destroyed. [*Id.*]. Defendants, therefore, respectfully urge the Court to order spoliation sanctions against St. Clair, as set forth in Defendants' opening brief. [D.I. 642 at 17-20].

2

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:
Kai Tseng
Craig R. Kaufman
Michael C. Ting
FREITAS, TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood City, CA 94065
Tel: (650) 593-63000
*Attorneys for Defendants Acer Inc.,*
*Acer America Corporation, and*
*Gateway, Inc.*

By: */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19899
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Constance S. Huttner
VINSON & ELKINS LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103
Tel: (212) 234-0040

*Attorneys for Defendants Acer Inc.,*
*Acer America Corporation, Gateway, Inc., Dell,*
*Inc., Lenovo (United States), Inc., Toshiba*
*Corporation, Toshiba America Information*
*Systems, Inc., Toshiba America, Inc. and*
*Intervenor Intel Corporation*

Christopher V. Ryan
Avelyn Ross
Jennifer Nall
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746
Tel: (512) 542-8400
*Attorneys for Defendant Dell, Inc. and*
*Lenovo (United States), Inc.*

Jeffrey K. Sherwood
Leslie Jacobs
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Tel: (202) 420-3602
*Attorneys for Defendants Toshiba*
*Corporation, Toshiba America Information*
*Systems, Inc., and Toshiba America, Inc.*

AND

3

Chad S. Campbell
Timothy J. Franks
PERKINS COIE LLP
Suite 2000
2901 N. Central Ave.
Phoenix, AZ 85012
Tel: (602) 351-8000

Michael D. Broaddus
PERKINS COIE LLP
Suite 4800
1201 Third Avenue
Seattle, WA 98101
Tel: (206) 359-8000

Robert A. Van Nest
Paula L. Blizzard
Ajay S. Krishnan
Michelle S. Ybarra
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111
Tel: (415) 391-5400

*Attorneys for Intervenor Intel Corporation*

FISH & RICHARDSON P.C.

OF COUNSEL:

Ruffin B. Cordell
Lauren A. Degnan
Fish & Richardson P.C.
1425 K Street, N.W., 11th Floor
Washington, DC
Tel: (202) 783-5070

By: */s/ Tara D. Elliott*
    William J. Marsden, Jr. (#2247)
    Tara D. Elliott (#4483)
    Fish & Richardson P.C.
    222 Delaware Ave., 17th Floor
    Wilmington, DE 19899
    Tel: (302) 652-5070
    marsden@fr.com
    elliott@fr.com

Dated: April 16, 2013
Public Version Dated: April 23, 2013
1102648 / 34449

*Attorneys for Microsoft Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 23, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on April 23, 2013, the attached document was Electronically Mailed to the following person(s):

Richard D. Kirk
Stephen B. Brauerman
Vanessa R. Tiradentes
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
*Attorneys for Plaintiff St. Clair Intellectual
Property Consultants, Inc.*

R. Terrance Rader
Glenn E. Forbis
Charles W. Bradley
James F. Kamp
Linda D. Mettes
Rader, Fishman & Grauer, PLLC
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI  48304
stclairteam@raderfishman.com
*Attorneys for Plaintiff St. Clair Intellectual
Property Consultants, Inc.*

Craig R. Kaufman
Kai Tseng
Michael Ting
Freitas, Tseng, & Kaufman LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
AcerSt.ClairFTBKALL@ftbklaw.coma
*Attorneys for Defendants Acer, Inc., Acer
America Corporation, Gateway, Inc.*

Timothy S. Teter
Elizabeth Stameshkin
Matthew J. Brigham
Benjamin G. Damstedt
Sriranga Veeraraghavan
Jesse Dyer
Cooley LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306
st.clair-apple-team@cooley.com
*Attorneys for Defendant Apple Inc.*

Christopher V. Ryan
Jennifer L. Nall
Jeffrey T. Han
Vinson & Elkins LLP
2801 Via Fortuna, Suite 100
Austin, TX 78746
st.clair-dell-grpplist@velaw.com
stclair-levonoteam@velaw.com
*Attorneys for Defendant Dell Inc. and
Lenovo (United States) Inc.*

Constance S. Huttner
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103
st.clair-dell-grpplist@velaw.com
stclair-levonoteam@velaw.com
*Attorneys for Defendant Dell Inc. and Lenovo
(United States) Inc.*

Kimball R. Anderson
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
kanderson@winston.com
*Attorneys for Defendant Dell Inc.*

Jeffrey K. Sherwood
Leslie L. Jacobs, Jr.
Daniel G. Cardy
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006-5403
Toshiba-St.Clair@dicksteinshapiro.com
*Attorneys for Defendants Toshiba
Corporation, Toshiba America Information
Systems, Inc., and Toshiba America, Inc.*

Chad S. Campbell
Timothy J. Franks
Perkins Coie LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
perkins-intel-stclair@perkinscoie.com
*Attorneys for Intervenor Intel Corporation*

Michael D. Broaddus
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
perkins-intel-stclair@perkinscoie.com
*Attorneys for Intervenor Intel Corporation*

Robert A. Van Nest
Paula Blizzard
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111-1809
Stclair-intel@kvn.com
*Attorneys for Intervenor Intel Corporation*

William J. Marsden , Jr.
Tara D. Elliott
Linhong Zhang
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Microsoft-St.ClairFRTeam@fr.com
*Attorneys for Microsoft Corporation*

Ruffin B. Cordell
Lauren A. Degnan
Fish & Richardson, P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Microsoft-St.ClairFRTeam@fr.com
*Attorneys for Microsoft Corporation*

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

944870 / cons.