IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA CORPORATION, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) <br> C.A. No. 09-354-KAJ <br> (Consolidated) |

## ~~[JOINT PROPOSED]~~ JUDGMENT FOLLOWING A JURY VERDICT PURSUANT TO FED. R. CIV. P. 58(b)(1)(A)

WHEREAS, this matter came before the Court for a jury trial commencing June 15, 2015 on the only remaining claims and counterclaims: Plaintiff St. Clair Intellectual Property Consultants, Inc.'s claims of infringement of claims 1 and 27 of the '163 Patent against Defendants, and Defendants' counterclaims of noninfringement of claims 1 and 27 of the '163 Patent; and

WHEREAS, this Court received a jury verdict of noninfringement of claims 1 and 27 of the '163 Patent on June 18, 2015 (D.I. 978, 979);

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Pursuant to Fed. R. Civ. P. 58(b)(1)(A), judgment be and is hereby entered in favor of Defendants and against Plaintiff as to Plaintiff's claims of infringement of claims 1 and 27 of the '163 Patent.

2. All of Plaintiff's other claims of infringement, all of Defendants' other counterclaims of noninfringement, and Defendants' counterclaims for invalidity of the '163 Patent are dismissed with prejudice.

_____
Kent A. Jordan, Circuit Judge (by designation)

Dated: June 29, 2015