Page 1

1          IN THE UNITED STATES DISTRICT COURT
           IN AND FOR THE DISTRICT OF DELAWARE

2
                         - - -

3
   ST. CLAIR INTELLECTUAL       :  CIVIL ACTION
4  PROPERTY CONSULTANTS, INC.,  :
           Plaintiff,           :
5                               :
           vs.                  :  NO. 09-354-LPS
6                               :
   TOSHIBA CORPORATION, TOSHIBA :
7  AMERICA INFORMATION SYSTEMS, :  (Consolidated)
   INC., and TOSHIBA AMERICA,   :
8  INC.,                        :
           Defendants.          :  NO. 09-704-LPS
9
                         - - -

10
                   Wilmington, Delaware
11                 Friday, June 12, 2015
12                   Pretrial Hearing
13                       - - -
14 BEFORE:    HONORABLE KENT A. JORDAN, U.S.D.C.J.
15 APPEARANCES:
16        BAYARD, P.A.
          BY:  RICHARD D. KIRK, ESQ.
17             STEPHEN B. BRAUERMAN, ESQ.
                 and
18        NIRO, HALLER & NIRO
          BY:  RAYMOND P. NIRO, ESQ., and
19             OLIVER D. YANG, ESQ.
               ARTHUR A. GASEY, ESQ.
20             ASHLEY E. LaVALLEY, ESQ.
               (Chicago, Illinois)
21
               Counsel on behalf of St. Clair
22             Intellectual Property Consultants,
               Inc.
23
24                        Susan Marie Migatz
                          Registered Merit Reporter
25                        Certified Realtime Reporter

Page 2

1   APPEARANCES:  (Continued)

2

          POTTER, ANDERSON & CORROON, LLP
3         BY:  RICHARD L. HORWITZ, ESQUIRE
                    and
4         DICKSTEIN SHAPIRO, LLP
          BY:  JEFFREY K. SHERWOOD, ESQ., and
5              LESLIE L. JACOBS, JR., ESQ., and
               CHARLES J. MONTERIO, JR., ESQ.
6              (Washington, District of Columbia)
7              Counsel on behalf of Toshiba
               Corporation, Toshiba America
8              Information Systems, Inc., and Toshiba
               America, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1                      - oOo -
 2                 P R O C E E D I N G S
 3               (REPORTER'S NOTE:  The following
 4     pretrial hearing was held in open court, beginning
 5     at 11:00 a.m.)
 6                      - oOo -
 7               THE COURT:  Good morning, counsel.  We
 8     have had some twists and turns here in the last 24
 9     hours.  I got the letter from Mr. Horwitz and then I
10     got Mr. Kirk's letter today.
11               So let me start by asking folks from
12     Toshiba -- and I don't know who is going to be
13     speaking on your behalf here -- where things stand.
14               MR. SHERWOOD:  Good morning, Your
15     Honor.  Jeff Sherwood for Toshiba.
16               As I read the letter that the Court
17     received this morning, the video theories 3 and 4,
18     which were the subject of our letter --
19               THE COURT:  Are off the table.
20               MR. SHERWOOD:  -- are off the table,
21     correct.
22               THE COURT:  Right.  And you're
23     satisfied with that and that prompts nothing further
24     from you; is that right?
25               MR. SHERWOOD:  Not with respect to the
```

1  trial, Your Honor, that's correct.  I'm not

2  satisfied that I spent a year worrying about video

3  theories that have been withdrawn, but that's not

4  something I'm saying anything about today.

5              THE COURT:  All right.  Good enough.

6              MR. SHERWOOD:  So there was an audio

7  theory, too, that St. Clair previously withdrew.

8              THE COURT:  Right.  As I understand it,

9  we spent a little time digging back through old

10  motions.  There were four theories.  Two had been

11  withdrawn earlier.  3 and 4 were withdrawn this

12  morning.  We're moving forward with Theory No. 1,

13  which is that there is a direct infringement claim

14  to be made based on the configuration of the

15  hardware within the laptop itself.  Is that your

16  understanding, Mr. Sherwood?

17              MR. SHERWOOD:  Yes, Your Honor, that is

18  my understanding.  And if the Court pleases, at some

19  point -- I can do it now or later -- I would like to

20  comment on that Theory No. 1, just to at least alert

21  the Court as to how the evidence will go with

22  respect to that, because there is a similar issue;

23  not one that was the subject of any summary judgment

24  motion, but a similar issue.

25              THE COURT:  What do you mean "a similar

Page 5

1   issue"?

2            MR. SHERWOOD:  Well, the claim, as the

3   Court knows from the letters, requires connections,

4   and we think there's a problem with proof with

5   respect to any connections even within the laptop.

6            THE COURT:  Well, I'm sure you're not

7   making a motion for summary judgment on the Friday

8   before trial begins; right, Mr. Sherwood?

9            MR. SHERWOOD:  That is correct, Your

10  Honor, that's correct.

11           THE COURT:  Then you'll deal with your

12  concern about proof at an appropriate time during

13  the course of the trial should you have occasion to

14  do that; right?

15           MR. SHERWOOD:  I will, Your Honor.  I

16  just wanted to let the Court know if the Court was

17  interested, I could give a little preview, but I'm

18  happy to wait until the appropriate time.

19           THE COURT:  Well, let's hear from

20  St. Clair, because they might be interested to hear

21  your issue, too.

22           MR. NIRO:  Good morning, Your Honor.

23  We are interested in learning what the latest theory

24  is of noninfringement.  But I think this does

25  simplify issues.

Page 6

1              THE COURT:  I just need you to identify
2    yourself for the record.
3              MR. NIRO:  Oh, I'm sorry, Your Honor;
4    Ray Niro for the plaintiff, St. Clair.
5              THE COURT:  Thank you.
6              MR. NIRO:  With me today are some of
7    the other lawyers that are working on the case
8    perhaps you haven't met or seen.  Oliver Yang, of
9    course, has been here.  Art Gasey from our office
10   and Ashley LaValley from our office are also
11   attorneys with appearances in the case and they'll
12   be here for the trial.
13             THE COURT:  All right.  Thank you,
14   Mr. Niro.
15             Okay.  Is there anything from your
16   perspective that's left open that we need to deal
17   with?
18             MR. NIRO:  Well, I just want to make it
19   clear that we're taking these out not because we
20   believe there's a valid noninfringement theory but,
21   rather, because we deem it unnecessary.  It adds a
22   small quantum of damage.  It complicates the case to
23   be dealing with things outside the box, outside the
24   laptop.  And, frankly, after considering their
25   position, it simply made sense to simplify this case

Page 7

1    to one theory of infringement, and that has to do

2    with devices that are outside the processor,

3    external to the processor, but inside the computer

4    itself.

5              And I think that's something that in

6    the instruction, preliminary instruction, to the

7    jury, as we read it, there could be some ambiguity

8    about what "external" means because someone might

9    view "external" to mean external to the laptop

10   itself.

11             I'm glad to hear they're not going to

12   argue that as their noninfringement theory, but

13   that's important, to have that clarity, because the

14   patent itself shows and discusses a plurality of

15   individual devices, each of which is inside the

16   computer but outside the processor.  So "external,"

17   as we view it, means exactly that, it can be outside

18   the computer, we've dropped that, or it can be

19   outside the processor but inside the computer.

20             THE COURT:  Okay.  And I've got your

21   proposed amended preliminary instruction in that

22   regard, which was attached to Mr. Kirk's letter of

23   today's date.

24             MR. NIRO:  Correct, Your Honor.

25             THE COURT:  All right.  Thank you,

Page 8

```
 1   Mr. Niro.
 2                MR. NIRO:  Thank you.
 3                THE COURT:  Okay.  Mr. Sherwood, I will
 4   give the podium back to you.  We're all interested
 5   to hear what you have to say on that, and I'm also
 6   interested to know whether you agree to the revised
 7   proposed preliminary jury instruction.
 8                MR. SHERWOOD:  Taking the second item
 9   first, Your Honor, we do agree.
10                THE COURT:  Okay.  Fine.  Then you know
11   what I'm going to ask the parties to do?  It may
12   sound like I'm being real lazy, but I'm just trying
13   to actually be real careful.  I would like the
14   parties to submit to me a complete set of the
15   revised preliminary jury instructions that both
16   sides agree are accurate because that's what I'm
17   going to be reading from.  Okay?
18                MR. NIRO:  Yes, Your Honor.
19                THE COURT:  And I'd love to get that
20   this afternoon.
21                Okay.  Mr. Sherwood.
22                MR. SHERWOOD:  Your Honor, I have a
23   couple of exhibits in a binder that I'd like to
24   offer the Court --
25                THE COURT:  That's fine.
```

Page 9

1                    MR. SHERWOOD:  -- that would help with

2       respect to what I'm going to say.

3                    THE COURT:  Sure.

4                    Thanks.  If you could just hand that to

5       the clerk right here and I'll have her hand it up to

6       me.

7                    Thanks.

8                    MR. SHERWOOD:  Your Honor, I probably

9       should have put the patent in the binder, too, so I

10      apologize with respect to that.  But let me just

11      start what I'm going to say by reading a phrasing

12      from the patent, which was the issue with respect to

13      the video.  I'm not arguing video, but I just want

14      to draw the parallel between the issue that exists

15      with respect to the audio theory and the video.

16                   THE COURT:  This is going to be from

17      '163 Claim 1?

18                   MR. SHERWOOD:  Claim 1, yes, Your

19      Honor.

20                   THE COURT:  Okay.  Hold on just a

21      second because I've got a copy of it, I just want to

22      get it in front of me.

23                   MR. SHERWOOD:  Sure.

24                   THE COURT:  Okay.  Go ahead.

25                   MR. SHERWOOD:  So if we look at the

```
 1    second limitation, which says "a plurality of
 2    external bus devices...," the next word is
 3    "...connected to the processor for communicating
 4    with the processor at different times, said bus
 5    devices operating with different timing parameters
 6    that include different information transfer rates
 7    associated with different bus bandwidths."
 8              So what we know about this claim
 9    limitation, Your Honor -- and this is my argument --
10    is that the processor has to be actually connected
11    to more than one external bus device.  And we agree
12    it's just a bus device that's outside the processor,
13    not outside the laptop case; but, nonetheless, there
14    have to be connections to at least two bus devices.
15              That was a problem we had with respect
16    to their video theories.  It's a problem that we
17    have with respect to their audio theories, too.
18    And, quite simply, what they need to prove is that
19    those connections exist within the laptops that
20    they've accused of infringement.
21              Now, their expert, Mr. Drake, has
22    admitted/testified that he has not examined any
23    Toshiba laptop.  So he is not in a position, Your
24    Honor, to testify that there is such a connection
25    based upon the work that he's done in this case and
```

Page 11

1    what's in his expert report.

2              And if the Court were to refer to Tab 5

3    here, I can quickly -- I've got a couple of pages of

4    his testimony that I can run through here, starting

5    at the bottom of Page 743, the last line on the

6    page:

7              "QUESTION:  Now, a system that does not

8    include an on-board codec or modem that instead has

9    a video card would not infringe, would it?"

10             And there was a mistake, she meant to

11   say audio.  So there's clarification.

12             And the answer is:  "If it has nothing

13   connected to" -- and that should be HDA, high

14   definition audio -- "bus...it's not infringing."

15             Looking down a little farther, Line 15:

16   "Now, your report does not contain the information

17   identifying which out of the universe of products

18   sold by Dell and Acer and Lenovo and Gateway contain

19   that on-chip codec, does it?

20             "That's correct."

21             And he adds Toshiba on the next page,

22   Judge, just so you know.  So that's correct.

23             "QUESTION:  And so to -- to determine

24   which products were infringing and the extent of

25   infringement would require information outside the

Page 12

```
 1   scope of your report?

 2               "ANSWER:  Yes.

 3               "QUESTION:  And you don't intend to

 4   offer opinions at trial as to the scope of

 5   infringement under Theories 1 and 2 of the '163

 6   patent?

 7               "ANSWER:  No, I don't expect to do

 8   that."

 9               They take a break, they come back, and

10   the question is clarified that Toshiba, Line 16, was

11   on that list as well, it doesn't change his answer;

12   which is to say that when we get to the question of

13   satisfying the claim limitation of "a plurality of

14   bus devices connected to the processor," their

15   technical expert does not have, by his own

16   admission, the evidence to make that connection.

17               Now, I'd like to point the Court also

18   to Tab 1.  Tab 1 is the final infringement

19   contentions.  And in particular I'd ask the Court to

20   look at Page 3 and on the left we can see the claim

21   limitation that I refer to, "a plurality of external

22   bus devices connected," and if we look over to the

23   right, we see a diagram, which is what they are

24   relying upon.

25               Your Honor, this is a diagram from
```

Page 13

1    Intel, a high-level document.  It's describing what

2    you could do with an Intel chip.  It says nothing

3    about what connections, if any, were made with

4    respect to a Toshiba chip.

5              In fact, if you look a little farther

6    down, you can see that he's talking about things

7    that may be connected; not things that are

8    connected.  So that's their infringement

9    contentions.  You don't see anywhere in here, Your

10   Honor, this chipset in this Toshiba computer is

11   connected to this codec on the HD audio bus.  It's

12   not there.

13             If you flip to Tab 2, Your Honor, which

14   is the claim chart attached to Mr. Drake's report,

15   and if we look at Page 2, we see exactly the same

16   thing.

17             And, in fact, the Court has already

18   looked at Mr. Drake's testimony and knows that

19   Mr. Drake has not identified or connected any codec

20   being connected to the processor in any Toshiba

21   computer.

22             So the question becomes:  Well, what

23   other evidence do they have?  What would be the best

24   thing that they can say with respect to a

25   connection?

Page 14

1              And they have a theory that one

2    connection can actually be, in effect, two

3    connections; and giving them every benefit of the

4    doubt, I recognize that may be a jury issue, I

5    personally don't think it is, but I'm not here to

6    make that point today, Your Honor.

7              THE COURT:  Good.

8              MR. SHERWOOD:  So I'm only focused on

9    the question of whether there is one connection, not

10   whether there are two connections, because, as I

11   say, they do have a theory, it's in their expert

12   report, they can present it to the jury, and we'll

13   see what the jury thinks of it.

14             But with respect to the question of one

15   connection, we know it's not in Mr. Drake's report

16   and we know Mr. Drake cannot testify outside the

17   scope of his report.

18             THE COURT:  Well, are you suggesting

19   that it's beyond a jury's fair capacity to infer

20   that there's some connection, that you don't have a

21   device that's unconnected?  I mean --

22             MR. SHERWOOD:  I'm suggesting there's

23   no evidence of the device being there and Mr. Drake,

24   if we look back at his --

25             THE COURT:  If that's true, then I

1   really am wondering why we're here the Friday before

2   the Monday of trial, I'm confused, because it sounds

3   to me like you're saying without saying it:  They

4   can't possibly win.  There's no way for them to win.

5   As a matter of law, they have no evidence that will

6   meet this claim language.  Am I mistaking what

7   you're telling me?

8              MR. SHERWOOD:  No, Your Honor, you're

9   not.

10             THE COURT:  Then can you just help me

11  with the timing of all of this?

12             MR. SHERWOOD:  That's a little

13  difficult, Your Honor, to be quite candid about it.

14  And this may not be something the Court wants to

15  hear, but --

16             THE COURT:  No.  I absolutely want to

17  hear it.

18             MR. SHERWOOD:  I'm going to give you my

19  unvarnished response to that, which is that at the

20  time that all this happened and all the decisions

21  were being made with respect to summary judgment

22  motions, it was a much larger group of defendants

23  involving a much larger group of issues and patents

24  and the joint defense made decisions about what

25  arguments to pursue.  And so the judgment with

Page 16

```
 1   respect to Theories 3 and 4 was to pursue that
 2   argument.
 3              I am not moving for summary judgment,
 4   Your Honor.  I already said that once.  I just want
 5   to reiterate that.  What I want the Court to
 6   understand is the failure of proof and at the end of
 7   their case we're, of course, going to move for a
 8   directed verdict, and I don't want you to be
 9   surprised.
10              THE COURT:  Well, I'm certainly not
11   going to be surprised.  But I don't want you to be
12   surprised either if you stand up and say don't let
13   this expert say X, Y, or Z because it's clearly
14   outside his or her report because you're just in a
15   difficult spot to be asking for the lines to be as
16   tight as it sounds like maybe you want them.
17              I mean, I'm going to wait and hear what
18   people say and I've got an obligation to keep
19   experts in bounds, but I think we are all aware that
20   language isn't a perfect and a precise thing.  There
21   can be ambiguity in it.  And in this context you're
22   just in a tough spot to be demanding that the lines
23   be drawn really, really, really narrowly when this
24   is coming up when it's coming up.
25              So you don't want me to be surprised.
```

Page 17

 1   I don't want you to be surprised.  Okay?

 2              MR. SHERWOOD:  I understand that.

 3              THE COURT:  All right.

 4              MR. SHERWOOD:  I hope the Court doesn't

 5   think I'm actually demanding anything.  I just

 6   wanted to tell the Court before the trial started

 7   about this issue.

 8              THE COURT:  Right.

 9              MR. SHERWOOD:  That's all I'm doing.

10              THE COURT:  And I'm glad for the

11   heads-up.  I'm sure Mr. Niro is, too.  You know, you

12   were good enough to give him a heads-up.  I'll give

13   him a chance to give you a heads-up of what he might

14   have in the way of response so that you can both be

15   having something to think about and work on over the

16   weekend.

17              MR. SHERWOOD:  Thank you, Your Honor.

18              THE COURT:  Undoubtedly that's what

19   everybody was hoping to have.

20              Mr. Niro.

21              MR. NIRO:  Well, the surprises never

22   end.  This wasn't argued on summary judgment

23   obviously, as Your Honor quickly observed, and so we

24   heard about this now for the first time today.

25              Mr. Drake's report, which I reviewed in

1    some detail with Mr. Yang yesterday, goes through

2    about 40 pages of analysis on why on Theory 1 there

3    is infringement.  Obviously as part of that there is

4    connection.

5                    THE COURT:  Well, when you say --

6                    MR. NIRO:  If there weren't connection,

7    the thing wouldn't even work.

8                    THE COURT:  When you say "obviously" --

9                    MR. NIRO:  We wouldn't have a workable

10   computer.

11                   THE COURT:  When you say "obviously,"

12   Mr. Niro, I am curious to hear your response to this

13   piece from the deposition.

14                   MR. NIRO:  Well --

15                   THE COURT:  On Page 744 the question

16   is:  "And you don't intend to offer opinions at

17   trial as to the scope of infringement under Theories

18   1 and 2 of the '163 patent?

19                   And on the top of Page 745 he says:

20   "No.  I don't expect to do that."

21                   MR. NIRO:  I don't know what he was

22   talking about there because his report has 40-plus

23   pages of explanation as to why there's infringement

24   under Paragraph --

25                   THE COURT:  Under Theory 1.

Page 19

```
 1              MR. NIRO:  -- or under Theory 1 and he
 2   goes through in excruciating detail how the
 3   connections between the processing and the way it
 4   works -- and it's laid out in the patent as well --
 5   you have a processor and then you have a series of
 6   buses called special-purpose buses that are
 7   connected to the processor, and then you have a
 8   common bus that's connected to those special-purpose
 9   buses, and then that connects to each of these
10   external devices that are within the computer.
11              One of those external devices --
12   actually, three of those external devices -- are
13   called codecs.  Another is a modem.  Those four have
14   been identified as the array of external devices
15   that are connected via those connections that we
16   just talked about; namely, an electrical connection
17   between the device, the common bus, and then the
18   special-purpose bus to the processor.
19              If there wasn't that electrical
20   connection, there was a disconnect there, these
21   devices wouldn't communicate with the processor and
22   you wouldn't have an operable computer.
23              THE COURT:  Yes.  So --
24              MR. NIRO:  So he's ready to testify --
25              THE COURT:  So their argument, as I
```

Page 20

1   understand it, is you might have a connection, but

2   you don't have multiple connections; and in order

3   for this to work, you have to have a multiplicity of

4   devices connected to the common bus.  And you don't

5   have Mr. Drake saying anything about that.  All

6   you've got is an Intel document that says it could

7   happen and he never looked at a Toshiba device so

8   you've got no proof.  You know, I'm sure

9   Mr. Sherwood --

10              MR. NIRO:  That's what they're saying.

11              THE COURT:  -- did a better job of

12   saying it than I did, but that's what I understand

13   him to be saying.  Anything you want to say in

14   response to that?

15              MR. NIRO:  Well, one, he did study and

16   analyze details of the Toshiba computer, including

17   all of the schematics.  He did study --

18              THE COURT:  Of the Toshiba computer.

19              MR. NIRO:  And the Intel connections

20   that take place in terms of how that chip operates.

21              THE COURT:  So --

22              MR. NIRO:  So he's ready --

23              THE COURT:  So when they say he never

24   looked at a Toshiba computer, your assertion is he

25   may not have looked at the actual physical device,

Page 21

```
 1    but he had Toshiba schematics and he knows what the
 2    Toshiba schematics are to show that these computers,
 3    these Toshiba-manufactured computers, have the
 4    connections necessary, not in theory because Intel
 5    said it, but because Toshiba's own schematics say
 6    it, to satisfy that element or that piece of claim 1
 7    in the '163 patent under your Theory 1 for
 8    infringement.  Have I understood you correctly?
 9                MR. NIRO:  You have, Your Honor.
10    That's exactly right.
11                THE COURT:  All right.
12                MR. NIRO:  And the connection, just to
13    make the point -- I think Your Honor has it, but --
14    the connection is an electrical connection.  It's
15    like you don't have to have a physical connection.
16    It's an electrical connection through these various
17    lines that take place.  Buses are the communication
18    devices that allow you to communicate data,
19    electronic signals, electrical signals, from one
20    point to another point.
21                THE COURT:  And what do you think he's
22    going to be saying -- well, you know what?  I don't
23    want to turn this into a mini-trial.  We'll all be
24    together on Monday and we'll see what folks have to
25    say and we'll deal with the challenges.
```

Page 22

```
 1              So thanks very much, Mr. Niro.
 2              MR. NIRO:  Thank you, Your Honor.
 3              THE COURT:  Why don't I mention just a
 4   couple of logistical points and then since we're all
 5   gathered here, you know, if anybody else has got any
 6   other issue we ought to be dealing with before we
 7   gather on Monday morning, I'd appreciate a heads-up
 8   about it and we can deal with it while we're here.
 9              Here are the logistical things.  We're
10   going to be in Chief Magistrate Judge Thynge's
11   courtroom on the second floor for this trial.  She's
12   been kind enough to make that available to us.
13              The configuration of that courtroom and
14   the jury room is such that the jury room sits almost
15   immediately behind the courtroom.  It's not like
16   some of the other courtrooms in the building where
17   the jury room is separated by a hallway and is down
18   away from the courtroom.
19              So to the extent we need to deal with
20   issues outside the hearing of the jury, it may be
21   necessary for us to just do it at a sidebar instead
22   of the way we would usually do it.  It's just if
23   we're going to be talking about something that you
24   think is sensitive for the jury not to hear.
25              So I'll leave that in your camp.  I'm
```

1    telling you this so that you know and so that if you

2    think you're going to be dealing with something

3    that's particularly sensitive, you can say and I

4    invite you to say, "I know we're in the courtroom

5    alone now, Your Honor, without the jury here, but

6    we'd ask to be at sidebar."  And I'll be happy to

7    accommodate that and I think the court reporter will

8    be as well.

9               The other logistical point I wanted to

10   bring up was I had made a request for jury notebooks

11   to be prepared and I apologize to you for doing that

12   late in the game.  It was a suggestion that came

13   from a judge that I've got a lot of respect for.  I

14   hadn't considered it before.  I do think it will

15   probably be helpful so I'm just asking whether

16   that's something you are able to work on.

17              MR. HORWITZ:  We have worked on it,

18   Your Honor.  There is one issue that I wanted to

19   raise with respect to the notebook, though --

20              THE COURT:  Okay.

21              MR. HORWITZ:  -- and that's just to get

22   your guidance.

23              I'm sorry; Rich Horwitz for Toshiba.

24              The one issue relates to the witness

25   pages with their pictures.

Page 24

```
 1              THE COURT:  Yeah, just a picture.
 2              MR. HORWITZ:  What we have done in some
 3   other cases, because things change during a trial,
 4   just like they've changed in this one over the last
 5   few days, is not to have all of them in at the
 6   beginning because there might be a witness who, for
 7   some reason, doesn't come and then the question is
 8   why is this one there.
 9              So we would prefer -- and we've done it
10   in other cases -- the day of or right before a
11   witness is going to be called, to hand it out to
12   them with the hole punches in it and they can just
13   put it in the notebook then so that we don't have
14   any questions about a missing witness.  That's the
15   only thing.
16              THE COURT:  Okay.  I think that's a
17   perfectly legitimate request.
18              Mr. Kirk, have you got any problem with
19   that?
20              MR. KIRK:  Mr. Niro will address it,
21   Your Honor.
22              THE COURT:  All right.
23              MR. NIRO:  Well, philosophically I
24   don't have a problem with it except it's a little
25   bit of hide the ball.  We don't know who the
```

Page 25

```
 1   witnesses are going to be each day.  We're going to

 2   find out the day before.

 3               We're ready to give you, Your Honor,

 4   all of our witnesses in sequence.  But if they don't

 5   want to do that, I suppose it's up to you.

 6               THE COURT:  I'm not going to get into

 7   that with you guys.  You're required under my

 8   Pretrial Order to give everybody a heads-up and I

 9   expect everybody to be playing fair so there is no

10   hiding of the ball.  I've set the parameters for

11   that and I trust everybody is going to be living by

12   that.

13               You know, I'm accepting the suggestion

14   from Toshiba on that.  I don't want to be raising

15   questions if they drop a witness, for whatever

16   reason they may choose to drop a witness.  So we'll

17   handle it that way.  You keep your witness pages and

18   bring them in the day of and we'll hand them out.

19   And I'll explain to the jury, you know, about the

20   notebooks.  Okay?

21               In fact, when you're working out these

22   final preliminary jury instructions, I invite you to

23   agree on language for me to explain this very

24   point -- okay? -- that:  We're giving you notebooks.

25   This is for your convenience.  This is not advocacy.
```

Page 26

```
 1   It's just to help you out.  We'll be handing out
 2   witness sheets on the day of the trial so that you
 3   can keep track of who's been talking to you,
 4   et cetera.
 5               But I'll leave that to you.  And I'm
 6   sure, you know, with the number of lawyers we've got
 7   here, that somebody can be spared to talk to the
 8   other side about that and to come up with language
 9   that's satisfactory to both sides and that will make
10   clear to the jury what we're trying to do to help
11   them out.  Okay?  Good?
12               MR. NIRO:  That's fine, Your Honor.
13               THE COURT:  I see heads nodding.
14               MR. NIRO:  That's fine.  We have
15   everything ready with all our witnesses, but you
16   would prefer we just do the ones we're going to call
17   each day?
18               THE COURT:  Precisely.
19               MR. NIRO:  Okay.  We'll do that.
20               THE COURT:  I think Toshiba has made a
21   reasonable request.  I'm accepting it.  That's the
22   way we'll proceed.
23               MR. NIRO:  And we'll do the same thing.
24               THE COURT:  Okay, good.  That's great.
25   Thank you.
```

Page 27

1          MR. HORWITZ:  Your Honor, just one

2   other logistical point.  I think everyone knows that

3   Monday is going to be a crazy day in this courthouse

4   and downstairs they said they think both doors are

5   going to be open in the morning.  I just hope that

6   even with both doors open and everybody getting here

7   early, that everybody gets in early enough.  But I

8   think it's going to be --

9          THE COURT:  Well, I'm relying on you

10  folks to make sure you're here; right?  Back in the

11  1970s, when the GSA was putting this building up, we

12  didn't have to deal with some of the security issues

13  that we have to deal with today and the problems

14  that arise from that.  But we are where we are.  It

15  is what it is.  You guys have to plan to get

16  yourself here enough in advance and I'm counting on

17  folks doing that.

18          It's a smaller courtroom than this.

19  There isn't enough gallery space to bring in a lot

20  of extra things and have stacks of boxes in the back

21  the way you maybe do in some other courtrooms, or at

22  least I suggest you think hard about what you need

23  to bring, because there isn't the storage room in

24  the courtroom that you might be accustomed to when

25  you're in one of these courtrooms.

```
 1              It's two or three benches -- maybe it's

 2     only two -- three? -- three benches deep in the

 3     gallery.  The jury box is on my right instead of on

 4     my left, the other way for you.  And the box is

 5     closer to the tables just because of the way things

 6     are set up.  So it's going to be a little bit more

 7     of an intimate setting.

 8              And in that vein I would ask people to

 9     recognize the rule I've asked you to adhere to,

10     which is stay at the lectern, don't be wandering

11     around the courtroom.  Some people want to be free

12     and easy and go all Matlock on me.  I don't want you

13     doing that.

14              If you want to approach the witness,

15     ask for permission to approach the witness.  If I

16     tell you you can freely approach, then you can go

17     back and forth without asking me again.  But I don't

18     want the jury space to feel invaded.  I'm kind of

19     protective of them that way.  Okay?

20              Okay.  Yes.

21              MR. NIRO:  There was one other point,

22     Your Honor, and I don't mean to speak for Intel, but

23     we received a letter from an Intel lawyer, as did

24     they, the other side, requesting our cooperation --

25     of course, and we will do that -- in alerting him to
```

Page 29

1    any confidential documents of Intel that might be

2    put before the Court and the jury.

3                    We certainly will do that and I'm sure

4    they will as well.  But he said something in the

5    letter suggesting that the courtroom be cleared and

6    so forth, and our response was that's something for

7    the Court to consider at the appropriate time.

8                    But I wanted to alert the Court to the

9    fact that that issue may come up.  It's not going to

10   come up in the first day because I don't envision

11   any Intel documents coming before the Court or the

12   jury then.  But the second day it might happen.

13                   THE COURT:  All right.

14                   Yes, Mr. Horwitz.

15                   MR. HORWITZ:  Thank you, Your Honor.

16   Just to respond to that, I'm here obviously today as

17   Toshiba's counsel.  In the prior litigation, when it

18   was going, I was also Intel's counsel.

19                   I'm not going to speak for Intel today

20   about the issue.  We did get the communication.  I

21   will note that just a few months ago, in the case

22   that Chief Judge Stark had, one of the Intellectual

23   Ventures cases, there was an issue with some Intel

24   confidential material and in that trial I was not

25   representing -- well, Intel was a third party and I

1   came to court and kind of did what this lawyer has

2   written to us about, and it was fully accommodated.

3   I think we just have to wait and see.  But it did

4   not present a problem for Judge Stark in that case.

5              THE COURT:  Well, it won't present a

6   problem for me either if there are no surprises.

7   You know what I mean?

8              MR. HORWITZ:  Understood.

9              THE COURT:  We're operating on the

10  no-surprise rule here and I expect the parties to

11  work -- and it sounds like you are -- in good faith

12  with Intel to see that their confidential

13  information is respected.

14             And in that vein, I fully expect that

15  both sides will work with Intel to make sure that

16  there is nothing of their confidential information

17  mentioned in open court that doesn't absolutely have

18  to be in order to make the case you need to make;

19  right?  It may be that it's not an issue at all if

20  your witnesses are well instructed and careful and

21  if your examination is carefully thought out.  And

22  if you have done that, then you'll know when

23  something is going to come up and you can tell Intel

24  and you can tell me.  Okay?

25             MR. HORWITZ:  Thank you, Your Honor.

```
 1                 THE COURT:  All right.  Thanks.  Good.
 2            Mr. Sherwood, anything else from you?
 3                 MR. SHERWOOD:  No.  I was going to say
 4    what Mr. Niro said, Your Honor.
 5                 THE COURT:  Okay, good.  Thanks.
 6            Mr. Niro, anything else from you, sir?
 7                 MR. NIRO:  No, Your Honor.  Thank you.
 8                 THE COURT:  All right.
 9                 MR. NIRO:  Oh, we may want to go down
10    to the second floor to view the courtroom.  I assume
11    we can do that at some point.
12                 MR. KIRK:  It's supposed to be open
13    later this afternoon, but I can go down.
14                 MR. BRAUERMAN:  I'm sorry to interrupt,
15    Your Honor.  Steve Brauerman.  We are scheduled to
16    view the courtroom at 2 o'clock today, so that's
17    been taken care of.
18                 THE COURT:  Good.  You're on that.  It
19    sounds like your excellent local counsel are tuned
20    into that and are going to help you do what you need
21    to do with that, so very good.
22                 Thanks, counsel.  I appreciate people
23    coming in.  I know it was short notice.  But we had
24    a little excitement here at the end and it's taken
25    care of.  Good.  Thanks.
```

Page 32

1                    (Court recessed at 11:35 a.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 33

1                            - - -

2                   C E R T I F I C A T E

3                            - - -

4

5           I do hereby certify that I am a Notary

6      Public in good standing; that the aforesaid

7      proceeding was taken before me, pursuant to notice,

8      at the time and placed indicated; that the

9      proceeding was correctly recorded in machine

10     shorthand by me and thereafter transcribed under my

11     supervision with computer-aided transcription; that

12     the transcript is a true and correct record of said

13     proceeding; and that I am neither of counsel nor kin

14     to any party in said action, nor interested in the

15     outcome thereof.

16

17          WITNESS my hand and official seal this

18     12th day of June 2015.

19

20

21     _____

22                   Notary Public

23

24

25

[& - chart]                                                                    Page 1

| **&** |
| --- |
| **&**   1:18 2:2 |

| **0** |
| --- |
| **09-354**   1:5 |
| **09-704**   1:8 |

| **1** |
| --- |
| **1**   4:12,20 9:17,18 |
| 12:5,18,18 18:2,18 |
| 18:25 19:1 21:6,7 |
| **11:00**   3:5 |
| **11:35**   32:1 |
| **12**   1:11 |
| **12th**   33:18 |
| **15**   11:15 |
| **16**   12:10 |
| **163**   9:17 12:5 18:18 |
| 21:7 |
| **1970s**   27:11 |

| **2** |
| --- |
| **2**   12:5 13:13,15 |
| 18:18 31:16 |
| **2015**   1:11 33:18 |
| **24**   3:8 |

| **3** |
| --- |
| **3**   3:17 4:11 12:20 |
| 16:1 |

| **4** |
| --- |
| **4**   3:17 4:11 16:1 |
| **40**   18:2,22 |

| **5** |
| --- |
| **5**   11:2 |

| **7** |
| --- |
| **743**   11:5 |
| **744**   18:15 |
| **745**   18:19 |

| **a** |
| --- |
| **a.m.**   3:5 32:1 |
| **able**   23:16 |
| **absolutely**   15:16 |
| 30:17 |

**accepting**   25:13
26:21
**accommodate**   23:7
**accommodated**   30:2
**accurate**   8:16
**accused**   10:20
**accustomed**   27:24
**acer**   11:18
**action**   1:3 33:14
**actual**   20:25
**address**   24:20
**adds**   6:21 11:21
**adhere**   28:9
**admission**   12:16
**admitted**   10:22
**advance**   27:16
**advocacy**   25:25
**aforesaid**   33:6
**afternoon**   8:20
31:13
**ago**   29:21
**agree**   8:6,9,16 10:11
25:23
**ahead**   9:24
**aided**   33:11
**alert**   4:20 29:8
**alerting**   28:25
**allow**   21:18
**ambiguity**   7:7 16:21
**amended**   7:21
**america**   1:7,7 2:7,8
**analysis**   18:2
**analyze**   20:16
**anderson**   2:2
**answer**   11:12 12:2,7
12:11
**anybody**   22:5
**apologize**   9:10
23:11
**appearances**   1:15
2:1 6:11
**appreciate**   22:7
31:22
**approach**   28:14,15
28:16

**appropriate**   5:12,18
29:7
**argue**   7:12
**argued**   17:22
**arguing**   9:13
**argument**   10:9 16:2
19:25
**arguments**   15:25
**array**   19:14
**art**   6:9
**arthur**   1:19
**ashley**   1:20 6:10
**asked**   28:9
**asking**   3:11 16:15
23:15 28:17
**assertion**   20:24
**associated**   10:7
**assume**   31:10
**attached**   7:22 13:14
**attorneys**   6:11
**audio**   4:6 9:15 10:17
11:11,14 13:11
**available**   22:12
**aware**   16:19

| **b** |
| --- |
| **b**   1:17 |
| **back**   4:9 8:4 12:9 |
| 14:24 27:10,20 |
| 28:17 |
| **ball**   24:25 25:10 |
| **bandwidths**   10:7 |
| **based**   4:14 10:25 |
| **bayard**   1:16 |
| **beginning**   3:4 24:6 |
| **begins**   5:8 |
| **behalf**   1:21 2:7 3:13 |
| **believe**   6:20 |
| **benches**   28:1,2 |
| **benefit**   14:3 |
| **best**   13:23 |
| **better**   20:11 |
| **beyond**   14:19 |
| **binder**   8:23 9:9 |

**bit**   24:25 28:6
**board**   11:8
**bottom**   11:5
**bounds**   16:19
**box**   6:23 28:3,4
**boxes**   27:20
**brauerman**   1:17
31:14,15
**break**   12:9
**bring**   23:10 25:18
27:19,23
**building**   22:16
27:11
**bus**   10:2,4,7,11,12
10:14 11:14 12:14
12:22 13:11 19:8,17
19:18 20:4
**buses**   19:6,6,9 21:17

| **c** |
| --- |
| **c**   3:2 33:2,2 |
| **call**   26:16 |
| **called**   19:6,13 24:11 |
| **camp**   22:25 |
| **candid**   15:13 |
| **capacity**   14:19 |
| **card**   11:9 |
| **care**   31:17,25 |
| **careful**   8:13 30:20 |
| **carefully**   30:21 |
| **case**   6:7,11,22,25 |
| 10:13,25 16:7 29:21 |
| 30:4,18 |
| **cases**   24:3,10 29:23 |
| **certainly**   16:10 29:3 |
| **certified**   1:25 |
| **certify**   33:5 |
| **cetera**   26:4 |
| **challenges**   21:25 |
| **chance**   17:13 |
| **change**   12:11 24:3 |
| **changed**   24:4 |
| **charles**   2:5 |
| **chart**   13:14 |

[chicago - draw]

Page 2

**chicago** 1:20
**chief** 22:10 29:22
**chip** 11:19 13:2,4
20:20
**chipset** 13:10
**choose** 25:16
**civil** 1:3
**claim** 4:13 5:2 9:17
9:18 10:8 12:13,20
13:14 15:6 21:6
**clair** 1:3,21 4:7 5:20
6:4
**clarification** 11:11
**clarified** 12:10
**clarity** 7:13
**clear** 6:19 26:10
**cleared** 29:5
**clearly** 16:13
**clerk** 9:5
**closer** 28:5
**codec** 11:8,19 13:11
13:19
**codecs** 19:13
**columbia** 2:6
**come** 12:9 24:7 26:8
29:9,10 30:23
**coming** 16:24,24
29:11 31:23
**comment** 4:20
**common** 19:8,17
20:4
**communicate** 19:21
21:18
**communicating**
10:3
**communication**
21:17 29:20
**complete** 8:14
**complicates** 6:22
**computer** 7:3,16,18
7:19 13:10,21 18:10
19:10,22 20:16,18
20:24 33:11
**computers** 21:2,3

**concern** 5:12
**confidential** 29:1,24
30:12,16
**configuration** 4:14
22:13
**confused** 15:2
**connected** 10:3,10
11:13 12:14,22 13:7
13:8,11,19,20 19:7
19:8,15 20:4
**connection** 10:24
12:16 13:25 14:2,9
14:15,20 18:4,6
19:16,20 20:1 21:12
21:14,14,15,16
**connections** 5:3,5
10:14,19 13:3 14:3
14:10 19:3,15 20:2
20:19 21:4
**connects** 19:9
**consider** 29:7
**considered** 23:14
**considering** 6:24
**consolidated** 1:7
**consultants** 1:4,22
**contain** 11:16,18
**contentions** 12:19
13:9
**context** 16:21
**continued** 2:1
**convenience** 25:25
**cooperation** 28:24
**copy** 9:21
**corporation** 1:6 2:7
**correct** 3:21 4:1 5:9
5:10 7:24 11:20,22
33:12
**correctly** 21:8 33:9
**corroon** 2:2
**counsel** 1:21 2:7 3:7
29:17,18 31:19,22
33:13
**counting** 27:16
**couple** 8:23 11:3
22:4

**course** 5:13 6:9 16:7
28:25
**court** 1:1 3:4,7,16
3:19,22 4:5,8,18,21
4:25 5:3,6,11,16,16
5:19 6:1,5,13 7:20
7:25 8:3,10,19,24
8:25 9:3,16,20,24
11:2 12:17,19 13:17
14:7,18,25 15:10,14
15:16 16:5,10 17:3
17:4,6,8,10,18 18:5
18:8,11,15,25 19:23
19:25 20:11,18,21
20:23 21:11,21 22:3
23:7,20 24:1,16,22
25:6 26:13,18,20,24
27:9 29:2,7,8,11,13
30:1,5,9,17 31:1,5,8
31:18 32:1
**courthouse** 27:3
**courtroom** 22:11,13
22:15,18 23:4 27:18
27:24 28:11 29:5
31:10,16
**courtrooms** 22:16
27:21,25
**crazy** 27:3
**curious** 18:12

**d**

**d** 1:16,19 3:2
**damage** 6:22
**data** 21:18
**date** 7:23
**day** 24:10 25:1,2,18
26:2,17 27:3 29:10
29:12 33:18
**days** 24:5
**deal** 5:11 6:16 21:25
22:8,19 27:12,13
**dealing** 6:23 22:6
23:2
**decisions** 15:20,24

**deem** 6:21
**deep** 28:2
**defendants** 1:8
15:22
**defense** 15:24
**definition** 11:14
**delaware** 1:1,10
**dell** 11:18
**demanding** 16:22
17:5
**deposition** 18:13
**describing** 13:23
**detail** 18:1 19:2
**details** 20:16
**determine** 11:23
**device** 10:11,12
14:21,23 19:17 20:7
20:25
**devices** 7:2,15 10:2
10:5,14 12:14,22
19:10,11,12,14,21
20:4 21:18
**diagram** 12:23,25
**dickstein** 2:4
**different** 10:4,5,6,7
**difficult** 15:13 16:15
**digging** 4:9
**direct** 4:13
**directed** 16:8
**disconnect** 19:20
**discusses** 7:14
**district** 1:1,1 2:6
**document** 13:1 20:6
**documents** 29:1,11
**doing** 17:9 23:11
27:17 28:13
**doors** 27:4,6
**doubt** 14:4
**downstairs** 27:4
**drake** 10:21 13:19
14:16,23 20:5
**drake's** 13:14,18
14:15 17:25
**draw** 9:14

**[drawn - information]**                                                                    Page 3

**drawn**  16:23
**drop**  25:15,16
**dropped**  7:18

**e**

**e**  1:20 3:2,2 33:2,2
**earlier**  4:11
**early**  27:7,7
**easy**  28:12
**effect**  14:2
**either**  16:12 30:6
**electrical**  19:16,19
  21:14,16,19
**electronic**  21:19
**element**  21:6
**envision**  29:10
**esq**  1:16,17,18,19,19
  1:20 2:4,5,5
**esquire**  2:3
**et**  26:4
**everybody**  17:19
  25:8,9,11 27:6,7
**evidence**  4:21 12:16
  13:23 14:23 15:5
**exactly**  7:17 13:15
  21:10
**examination**  30:21
**examined**  10:22
**excellent**  31:19
**excitement**  31:24
**excruciating**  19:2
**exhibits**  8:23
**exist**  10:19
**exists**  9:14
**expect**  12:7 18:20
  25:9 30:10,14
**expert**  10:21 11:1
  12:15 14:11 16:13
**experts**  16:19
**explain**  25:19,23
**explanation**  18:23
**extent**  11:24 22:19
**external**  7:3,8,9,9,16
  10:2,11 12:21 19:10
  19:11,12,14

**extra**  27:20

**f**

**f**  33:2
**fact**  13:5,17 25:21
  29:9
**failure**  16:6
**fair**  14:19 25:9
**faith**  30:11
**farther**  11:15 13:5
**feel**  28:18
**final**  12:18 25:22
**find**  25:2
**fine**  8:10,25 26:12
  26:14
**first**  8:9 17:24 29:10
**flip**  13:13
**floor**  22:11 31:10
**focused**  14:8
**folks**  3:11 21:24
  27:10,17
**following**  3:3
**forth**  28:17 29:6
**forward**  4:12
**four**  4:10 19:13
**frankly**  6:24
**free**  28:11
**freely**  28:16
**friday**  1:11 5:7 15:1
**front**  9:22
**fully**  30:2,14
**further**  3:23

**g**

**g**  3:2
**gallery**  27:19 28:3
**game**  23:12
**gasey**  1:19 6:9
**gateway**  11:18
**gather**  22:7
**gathered**  22:5
**getting**  27:6
**give**  5:17 8:4 15:18
  17:12,12,13 25:3,8
**giving**  14:3 25:24

**glad**  7:11 17:10
**go**  4:21 9:24 28:12
  28:16 31:9,13
**goes**  18:1 19:2
**going**  3:12 7:11 8:11
  8:17 9:2,11,16
  15:18 16:7,11,17
  21:22 22:10,23 23:2
  24:11 25:1,1,6,11
  26:16 27:3,5,8 28:6
  29:9,18,19 30:23
  31:3,20
**good**  3:7,14 4:5 5:22
  14:7 17:12 26:11,24
  30:11 31:1,5,18,21
  31:25 33:6
**great**  26:24
**group**  15:22,23
**gsa**  27:11
**guidance**  23:22
**guys**  25:7 27:15

**h**

**haller**  1:18
**hallway**  22:17
**hand**  9:4,5 24:11
  25:18 33:17
**handing**  26:1
**handle**  25:17
**happen**  20:7 29:12
**happened**  15:20
**happy**  5:18 23:6
**hard**  27:22
**hardware**  4:15
**hd**  13:11
**hda**  11:13
**heads**  17:11,12,13
  22:7 25:8 26:13
**hear**  5:19,20 7:11
  8:5 15:15,17 16:17
  18:12 22:24
**heard**  17:24
**hearing**  1:12 3:4
  22:20

**held**  3:4
**help**  9:1 15:10 26:1
  26:10 31:20
**helpful**  23:15
**hide**  24:25
**hiding**  25:10
**high**  11:13 13:1
**hold**  9:20
**hole**  24:12
**honor**  3:15 4:1,17
  5:10,15,22 6:3 7:24
  8:9,18,22 9:8,19
  10:9,24 12:25 13:10
  13:13 14:6 15:8,13
  16:4 17:17,23 21:9
  21:13 22:2 23:5,18
  24:21 25:3 26:12
  27:1 28:22 29:15
  30:25 31:4,7,15
**honorable**  1:14
**hope**  17:4 27:5
**hoping**  17:19
**horwitz**  2:3 3:9
  23:17,21,23 24:2
  27:1 29:14,15 30:8
  30:25
**hours**  3:9

**i**

**identified**  13:19
  19:14
**identify**  6:1
**identifying**  11:17
**illinois**  1:20
**immediately**  22:15
**important**  7:13
**include**  10:6 11:8
**including**  20:16
**indicated**  33:8
**individual**  7:15
**infer**  14:19
**information**  1:7 2:8
  10:6 11:16,25 30:13
  30:16

[infringe - niro]                                                                 Page 4

**infringe**  11:9
**infringement**  4:13
  7:1 10:20 11:25
  12:5,18 13:8 18:3
  18:17,23 21:8
**infringing**  11:14,24
**inside**  7:3,15,19
**instructed**  30:20
**instruction**  7:6,6,21
  8:7
**instructions**  8:15
  25:22
**intel**  13:1,2 20:6,19
  21:4 28:22,23 29:1
  29:11,19,23,25
  30:12,15,23
**intel's**  29:18
**intellectual**  1:3,22
  29:22
**intend**  12:3 18:16
**interested**  5:17,20
  5:23 8:4,6 33:14
**interrupt**  31:14
**intimate**  28:7
**invaded**  28:18
**invite**  23:4 25:22
**involving**  15:23
**issue**  4:22,24 5:1,21
  9:12,14 14:4 17:7
  22:6 23:18,24 29:9
  29:20,23 30:19
**issues**  5:25 15:23
  22:20 27:12
**item**  8:8

**j**

**j**  2:5
**jacobs**  2:5
**jeff**  3:15
**jeffrey**  2:4
**job**  20:11
**joint**  15:24
**jordan**  1:14
**jr**  2:5,5

**judge**  11:22 22:10
  23:13 29:22 30:4
**judgment**  4:23 5:7
  15:21,25 16:3 17:22
**june**  1:11 33:18
**jury**  7:7 8:7,15 14:4
  14:12,13 22:14,14
  22:17,20,24 23:5,10
  25:19,22 26:10 28:3
  28:18 29:2,12
**jury's**  14:19

**k**

**k**  2:4
**keep**  16:18 25:17
  26:3
**kent**  1:14
**kin**  33:13
**kind**  22:12 28:18
  30:1
**kirk**  1:16 24:18,20
  31:12
**kirk's**  3:10 7:22
**know**  3:12 5:16 8:6
  8:10 10:8 11:22
  14:15,16 17:11
  18:21 20:8 21:22
  22:5 23:1,4 24:25
  25:13,19 26:6 30:7
  30:22 31:23
**knows**  5:3 13:18
  21:1 27:2

**l**

**l**  2:3,5
**laid**  19:4
**language**  15:6 16:20
  25:23 26:8
**laptop**  4:15 5:5 6:24
  7:9 10:13,23
**laptops**  10:19
**larger**  15:22,23
**late**  23:12
**latest**  5:23
**lavalley**  1:20 6:10

**law**  15:5
**lawyer**  28:23 30:1
**lawyers**  6:7 26:6
**lazy**  8:12
**learning**  5:23
**leave**  22:25 26:5
**lectern**  28:10
**left**  6:16 12:20 28:4
**legitimate**  24:17
**lenovo**  11:18
**leslie**  2:5
**letter**  3:9,10,16,18
  7:22 28:23 29:5
**letters**  5:3
**level**  13:1
**limitation**  10:1,9
  12:13,21
**line**  11:5,15 12:10
**lines**  16:15,22 21:17
**list**  12:11
**litigation**  29:17
**little**  4:9 5:17 11:15
  13:5 15:12 24:24
  28:6 31:24
**living**  25:11
**llp**  2:2,4
**local**  31:19
**logistical**  22:4,9
  23:9 27:2
**look**  9:25 12:20,22
  13:5,15 14:24
**looked**  13:18 20:7
  20:24,25
**looking**  11:15
**lot**  23:13 27:19
**love**  8:19
**lps**  1:5,8

**m**

**machine**  33:9
**magistrate**  22:10
**making**  5:7
**manufactured**  21:3
**marie**  1:24

**material**  29:24
**matlock**  28:12
**matter**  15:5
**mean**  4:25 7:9 14:21
  16:17 28:22 30:7
**means**  7:8,17
**meant**  11:10
**meet**  15:6
**mention**  22:3
**mentioned**  30:17
**merit**  1:24
**met**  6:8
**migatz**  1:24
**mini**  21:23
**missing**  24:14
**mistake**  11:10
**mistaking**  15:6
**modem**  11:8 19:13
**monday**  15:2 21:24
  22:7 27:3
**monterio**  2:5
**months**  29:21
**morning**  3:7,14,17
  4:12 5:22 22:7 27:5
**motion**  4:24 5:7
**motions**  4:10 15:22
**move**  16:7
**moving**  4:12 16:3
**multiple**  20:2
**multiplicity**  20:3

**n**

**n**  3:2
**narrowly**  16:23
**necessary**  21:4
  22:21
**need**  6:1,16 10:18
  22:19 27:22 30:18
  31:20
**neither**  33:13
**never**  17:21 20:7,23
**niro**  1:18,18,18 5:22
  6:3,4,6,14,18 7:24
  8:1,2,18 17:11,20
  17:21 18:6,9,12,14

**[niro - really]** Page 5

18:21 19:1,24 20:10
20:15,19,22 21:9,12
22:1,2 24:20,23
26:12,14,19,23
28:21 31:4,6,7,9
**nodding** 26:13
**noninfringement**
5:24 6:20 7:12
**notary** 33:5,22
**note** 3:3 29:21
**notebook** 23:19
24:13
**notebooks** 23:10
25:20,24
**notice** 31:23 33:7
**number** 26:6

**o**

**o** 3:2
**o'clock** 31:16
**o0o** 3:6
**obligation** 16:18
**observed** 17:23
**obviously** 17:23
18:3,8,11 29:16
**occasion** 5:13
**offer** 8:24 12:4
18:16
**office** 6:9,10
**official** 33:17
**oh** 6:3 31:9
**okay** 6:15 7:20 8:3
8:10,17,21 9:20,24
17:1 23:20 24:16
25:20,24 26:11,19
26:24 28:19,20
30:24 31:5
**old** 4:9
**oliver** 1:19 6:8
**once** 16:4
**ones** 26:16
**ooo** 3:1
**open** 3:4 6:16 27:5,6
30:17 31:12

**operable** 19:22
**operates** 20:20
**operating** 10:5 30:9
**opinions** 12:4 18:16
**order** 20:2 25:8
30:18
**ought** 22:6
**outcome** 33:15
**outside** 6:23,23 7:2
7:16,17,19 10:12,13
11:25 14:16 16:14
22:20

**p**

**p** 1:18 3:2
**p.a.** 1:16
**page** 11:5,6,21
12:20 13:15 18:15
18:19
**pages** 11:3 18:2,23
23:25 25:17
**paragraph** 18:24
**parallel** 9:14
**parameters** 10:5
25:10
**part** 18:3
**particular** 12:19
**particularly** 23:3
**parties** 8:11,14
30:10
**party** 29:25 33:14
**patent** 7:14 9:9,12
12:6 18:18 19:4
21:7
**patents** 15:23
**people** 16:18 28:8
28:11 31:22
**perfect** 16:20
**perfectly** 24:17
**permission** 28:15
**personally** 14:5
**perspective** 6:16
**philosophically**
24:23

**phrasing** 9:11
**physical** 20:25
21:15
**picture** 24:1
**pictures** 23:25
**piece** 18:13 21:6
**place** 20:20 21:17
**placed** 33:8
**plaintiff** 1:4 6:4
**plan** 27:15
**playing** 25:9
**pleases** 4:18
**plurality** 7:14 10:1
12:13,21
**plus** 18:22
**podium** 8:4
**point** 4:19 12:17
14:6 21:13,20,20
23:9 25:24 27:2
28:21 31:11
**points** 22:4
**position** 6:25 10:23
**possibly** 15:4
**potter** 2:2
**precise** 16:20
**precisely** 26:18
**prefer** 24:9 26:16
**preliminary** 7:6,21
8:7,15 25:22
**prepared** 23:11
**present** 14:12 30:4,5
**pretrial** 1:12 3:4
25:8
**preview** 5:17
**previously** 4:7
**prior** 29:17
**probably** 9:8 23:15
**problem** 5:4 10:15
10:16 24:18,24 30:4
30:6
**problems** 27:13
**proceed** 26:22
**proceeding** 33:7,9
33:13

**processing** 19:3
**processor** 7:2,3,16
7:19 10:3,4,10,12
12:14 13:20 19:5,7
19:18,21
**products** 11:17,24
**prompts** 3:23
**proof** 5:4,12 16:6
20:8
**property** 1:4,22
**proposed** 7:21 8:7
**protective** 28:19
**prove** 10:18
**public** 33:6,22
**punches** 24:12
**purpose** 19:6,8,18
**pursuant** 33:7
**pursue** 15:25 16:1
**put** 9:9 24:13 29:2
**putting** 27:11

**q**

**quantum** 6:22
**question** 11:7,23
12:3,10,12 13:22
14:9,14 18:15 24:7
**questions** 24:14
25:15
**quickly** 11:3 17:23
**quite** 10:18 15:13

**r**

**r** 3:2 33:2
**raise** 23:19
**raising** 25:14
**rates** 10:6
**ray** 6:4
**raymond** 1:18
**read** 3:16 7:7
**reading** 8:17 9:11
**ready** 19:24 20:22
25:3 26:15
**real** 8:12,13
**really** 15:1 16:23,23
16:23

**[realtime - terms]**                                                   Page 6

**realtime**  1:25
**reason**  24:7 25:16
**reasonable**  26:21
**received**  3:17 28:23
**recessed**  32:1
**recognize**  14:4 28:9
**record**  6:2 33:12
**recorded**  33:9
**refer**  11:2 12:21
**regard**  7:22
**registered**  1:24
**reiterate**  16:5
**relates**  23:24
**relying**  12:24 27:9
**report**  11:1,16 12:1
   13:14 14:12,15,17
   16:14 17:25 18:22
**reporter**  1:24,25
   23:7
**reporter's**  3:3
**representing**  29:25
**request**  23:10 24:17
   26:21
**requesting**  28:24
**require**  11:25
**required**  25:7
**requires**  5:3
**respect**  3:25 4:22
   5:5 9:2,10,12,15
   10:15,17 13:4,24
   14:14 15:21 16:1
   23:13,19
**respected**  30:13
**respond**  29:16
**response**  15:19
   17:14 18:12 20:14
   29:6
**reviewed**  17:25
**revised**  8:6,15
**rich**  23:23
**richard**  1:16 2:3
**right**  3:22,24 4:5,8
   5:8,14 6:13 7:25 9:5
   12:23 17:3,8 21:10
   21:11 24:10,22

27:10 28:3 29:13
   30:19 31:1,8
**room**  22:14,14,17
   27:23
**rule**  28:9 30:10
**run**  11:4

**s**

**s**  3:2
**satisfactory**  26:9
**satisfied**  3:23 4:2
**satisfy**  21:6
**satisfying**  12:13
**saying**  4:4 15:3,3
   20:5,10,12,13 21:22
**says**  10:1 13:2 18:19
   20:6
**scheduled**  31:15
**schematics**  20:17
   21:1,2,5
**scope**  12:1,4 14:17
   18:17
**seal**  33:17
**second**  8:8 9:21 10:1
   22:11 29:12 31:10
**security**  27:12
**see**  12:20,23 13:6,9
   13:15 14:13 21:24
   26:13 30:3,12
**seen**  6:8
**sense**  6:25
**sensitive**  22:24 23:3
**separated**  22:17
**sequence**  25:4
**series**  19:5
**set**  8:14 25:10 28:6
**setting**  28:7
**shapiro**  2:4
**sheets**  26:2
**sherwood**  2:4 3:14
   3:15,20,25 4:6,16
   4:17 5:2,8,9,15 8:3
   8:8,21,22 9:1,8,18
   9:23,25 14:8,22
   15:8,12,18 17:2,4,9

17:17 20:9 31:2,3
**short**  31:23
**shorthand**  33:10
**show**  21:2
**shows**  7:14
**side**  26:8 28:24
**sidebar**  22:21 23:6
**sides**  8:16 26:9
   30:15
**signals**  21:19,19
**signature**  33:20
**similar**  4:22,24,25
**simplify**  5:25 6:25
**simply**  6:25 10:18
**sir**  31:6
**sits**  22:14
**small**  6:22
**smaller**  27:18
**sold**  11:18
**somebody**  26:7
**sorry**  6:3 23:23
   31:14
**sound**  8:12
**sounds**  15:2 16:16
   30:11 31:19
**space**  27:19 28:18
**spared**  26:7
**speak**  28:22 29:19
**speaking**  3:13
**special**  19:6,8,18
**spent**  4:2,9
**spot**  16:15,22
**st**  1:3,21 4:7 5:20
   6:4
**stacks**  27:20
**stand**  3:13 16:12
**standing**  33:6
**stark**  29:22 30:4
**start**  3:11 9:11
**started**  17:6
**starting**  11:4
**states**  1:1
**stay**  28:10
**stephen**  1:17

**steve**  31:15
**storage**  27:23
**study**  20:15,17
**subject**  3:18 4:23
**submit**  8:14
**suggest**  27:22
**suggesting**  14:18,22
   29:5
**suggestion**  23:12
   25:13
**summary**  4:23 5:7
   15:21 16:3 17:22
**supervision**  33:11
**suppose**  25:5
**supposed**  31:12
**sure**  5:6 9:3,23
   17:11 20:8 26:6
   27:10 29:3 30:15
**surprise**  30:10
**surprised**  16:9,11
   16:12,25 17:1
**surprises**  17:21 30:6
**susan**  1:24
**system**  11:7
**systems**  1:7 2:8

**t**

**t**  33:2,2
**tab**  11:2 12:18,18
   13:13
**table**  3:19,20
**tables**  28:5
**take**  12:9 20:20
   21:17
**taken**  31:17,24 33:7
**talk**  26:7
**talked**  19:16
**talking**  13:6 18:22
   22:23 26:3
**technical**  12:15
**tell**  17:6 28:16 30:23
   30:24
**telling**  15:7 23:1
**terms**  20:20

**[testified - z]**                                                                                    Page 7

| | | | |
|---|---|---|---|
| **testified** 10:22 | **today's** 7:23 | **v** | **workable** 18:9 |
| **testify** 10:24 14:16 | **top** 18:19 | | **worked** 23:17 |
| 19:24 | **toshiba** 1:6,6,7 2:7,7 | **valid** 6:20 | **working** 6:7 25:21 |
| **testimony** 11:4 | 2:8 3:12,15 10:23 | **various** 21:16 | **works** 19:4 |
| 13:18 | 11:21 12:10 13:4,10 | **vein** 28:8 30:14 | **worrying** 4:2 |
| **thank** 6:5,13 7:25 | 13:20 20:7,16,18,24 | **ventures** 29:23 | **written** 30:2 |
| 8:2 17:17 22:2 | 21:1,2,3 23:23 | **verdict** 16:8 | **x** |
| 26:25 29:15 30:25 | 25:14 26:20 | **video** 3:17 4:2 9:13 | |
| 31:7 | **toshiba's** 21:5 29:17 | 9:13,15 10:16 11:9 | **x** 16:13 |
| **thanks** 9:4,7 22:1 | **tough** 16:22 | **view** 7:9,17 31:10,16 | **y** |
| 31:1,5,22,25 | **track** 26:3 | **vs** 1:5 | |
| **theories** 3:17 4:3,10 | **transcribed** 33:10 | **w** | **y** 16:13 |
| 10:16,17 12:5 16:1 | **transcript** 33:12 | | **yang** 1:19 6:8 18:1 |
| 18:17 | **transcription** 33:11 | **wait** 5:18 16:17 30:3 | **yeah** 24:1 |
| **theory** 4:7,12,20 | **transfer** 10:6 | **wandering** 28:10 | **year** 4:2 |
| 5:23 6:20 7:1,12 | **trial** 4:1 5:8,13 6:12 | **want** 6:18 9:13,21 | **yesterday** 18:1 |
| 9:15 14:1,11 18:2 | 12:4 15:2 17:6 | 15:16 16:4,5,8,11 | **z** |
| 18:25 19:1 21:4,7 | 18:17 21:23 22:11 | 16:16,25 17:1 20:13 | |
| **thereof** 33:15 | 24:3 26:2 29:24 | 21:23 25:5,14 28:11 | **z** 16:13 |
| **thing** 13:16,24 | **true** 14:25 33:12 | 28:12,14,18 31:9 | |
| 16:20 18:7 24:15 | **trust** 25:11 | **wanted** 5:16 17:6 | |
| 26:23 | **trying** 8:12 26:10 | 23:9,18 29:8 | |
| **things** 3:13 6:23 | **tuned** 31:19 | **wants** 15:14 | |
| 13:6,7 22:9 24:3 | **turn** 21:23 | **washington** 2:6 | |
| 27:20 28:5 | **turns** 3:8 | **way** 15:4 17:14 19:3 | |
| **think** 5:4,24 7:5 | **twists** 3:8 | 22:22 25:17 26:22 | |
| 14:5 16:19 17:5,15 | **two** 4:10 10:14 14:2 | 27:21 28:4,5,19 | |
| 21:13,21 22:24 23:2 | 14:10 28:1,2 | **we've** 7:18 24:9 26:6 | |
| 23:7,14 24:16 26:20 | **u** | **weekend** 17:16 | |
| 27:2,4,8,22 30:3 | | **wilmington** 1:10 | |
| **thinks** 14:13 | **u.s.d.c.j.** 1:14 | **win** 15:4,4 | |
| **third** 29:25 | **unconnected** 14:21 | **withdrawn** 4:3,11 | |
| **thought** 30:21 | **understand** 4:8 16:6 | 4:11 | |
| **three** 19:12 28:1,2,2 | 17:2 20:1,12 | **withdrew** 4:7 | |
| **thynge's** 22:10 | **understanding** 4:16 | **witness** 23:24 24:6 | |
| **tight** 16:16 | 4:18 | 24:11,14 25:15,16 | |
| **time** 4:9 5:12,18 | **understood** 21:8 | 25:17 26:2 28:14,15 | |
| 15:20 17:24 29:7 | 30:8 | 33:17 | |
| 33:8 | **undoubtedly** 17:18 | **witnesses** 25:1,4 | |
| **times** 10:4 | **united** 1:1 | 26:15 30:20 | |
| **timing** 10:5 15:11 | **universe** 11:17 | **wondering** 15:1 | |
| **today** 3:10 4:4 6:6 | **unnecessary** 6:21 | **word** 10:2 | |
| 14:6 17:24 27:13 | **unvarnished** 15:19 | **work** 10:25 17:15 | |
| 29:16,19 31:16 | **usually** 22:22 | 18:7 20:3 23:16 | |
| | | 30:11,15 | |